**Mona PRADIER, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 2009–3007.**

United States Court of Appeals, Federal Circuit.

Oct. 22, 2009.

Morris E. Fischer, Law Office of Morris E. Fischer, of Bethesda, MD, for petitioner.

Matthew H. Solomson, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With

him on the brief were Michael F. Hertz, Deputy Assistant Attorney General, Jeanne E. Davidson, Director, Harold D. Lester, Jr., Assistant Director, and Daniel Rabinowitz, Trial Attorney.

NEWMAN, PLAGER, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.